**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Moraima Robles    JOINT DEBTOR:    CASE NO.:
Last Four Digits of SS# 9804    Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 834.49   for months 1 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650  TOTAL PAID $ 2000  Balance Due $1650
                   payable $ 82.50 /month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Lake Icon Portfolio Management I, LLC    Arrearage on Petition Date   $26,151.75
Address: c/o Dorian V. George, Esq          Arrears Payment       $ 435.86/month (Months 1 to 60)
2999 NE 191 Street 5th Floor
Aventura, FL 33180                           Regular Payment       $ 224.00 /month (Months 1 to 60)
Case No: 2013-000720-CA-01

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None              Total Due  $
                     Payable    $_____/month (Months ___ to ___ ) Regular Payment $_____

Unsecured Creditors:  Pay $ 8.68/month (Months 1 to 20) and Pay $ 91.18  /month (Months 21 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Ocwen Loan Servicing, LLC and El Pueblo De Vera Condo Association and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq.
Attorney for the Debtor                          Joint Debtor
Date: 6-22-2015                                  Date:

LF-31 (rev. 01/08/10)