UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
FIRST AMENDED PLAN

DEBTOR: Moraima Robles      JOINT DEBTOR: ___      CASE NO.: 15-21234-AJC
Last Four Digits of SS# 9804      Last Four Digits of SS# ___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 841.11   for months 1 to 60 ; in order to pay the following creditors:

Administrative:      Attorney's Fee - $ 3650  TOTAL PAID $ 2000  Balance Due $1650
                     payable $ 82.50 /month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Lake Icon Portfolio Management I, LLC      Arrearage on Petition Date  $26,151.75
Address: c/o Dorian V. George, Esq            Arrears Payment    $ 435.87/month (Months 1 to 60)
2999 NE 191 Street 5th Floor
Aventura, FL 33180                            Regular Payment    $ 224.00 /month (Months 1 to 60)
Case No: 2013-000720-CA-01

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None      Total Due $ ___
             Payable    $ ___ /month (Months ___ to ___) Regular Payment $ ___

Unsecured Creditors:  Pay $ 14.63/month (Months 1 to 20) and Pay $ 97.13 /month (Months 21 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Ocwen Loan Servicing, LLC and El Pueblo De Vera Condo Association and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq.
Attorney for the Debtor                      Joint Debtor
Date: 7-29-2015                              Date: ___

LF-31 (rev. 01/08/10)