UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

MORAIMA ROBLES

    Debtor

_____/

CASE NO. 15-21234-AJC

Chapter 13 Proceeding

## OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN (D.E.# 21)

Paper Assets Capital, LLC, as successor-in-interest to Lake Icon Portfolio Management I, LLC ("Creditor"), by and through its undersigned counsel, hereby files this Objection to First Amended Chapter 13 Plan, and respectfully sets forth and show:

1. Creditor hereby objects to the First Amended Chapter 13 Plan dated July 29, 2015, filed by the Debtor herein.

2. The Debtor lists as her homestead as 5701 W. 25th Court, Suite 303, Hialeah, FL 33016 ("Homestead") as having a value of $49,910.00.

3. Ocwen Loan Servicing, LLC holds a first mortgage on the Homestead for the approximate amount of $64,252.00.

4. Creditor is owed in excess of $79,000.00, and holds a second mortgage on the Homestead. The Chapter 13 Plan seeks to strip off the second mortgage which is held by Creditor. The Plan seeks to pay Creditor substantially less than what Creditor is owed.

5. A recent informal appraisal of the Homestead reflects that the value of the Homestead is at least $100,000.00. As a result, there is equity that can secure the second mortgage held by Creditor.

6. Since there is equity that can secure the second mortgage held by Creditor, the Debtor is not able to strip off the lien held by Creditor. In re: Dickerson, 222 Fed. 3d 924 (11th Cir. 2000).

7. As such, the Chapter 13 Plan cannot be confirmed in its current form.

-2-

**WHEREFORE**, for the foregoing reasons, it is respectfully prayed that this Court deny confirmation of the First Amended Chapter 13 Plan, and for such other and further relief as this Court may deem just and proper under the circumstances.

**I HEREBY CERTIFY** that on **August 18, 2015**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record or pro se parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BEHAR, GUTT & GLAZER, P.A.
Attorneys for Paper Assets Capital, LLC
2999 N.E. 191st Street, Fifth Floor
Aventura, Florida  33180
Telephone:  (305) 931-3771
Fax:  (305) 931-3774
E-Mail: bsb@bgglaw.com


By:    /s/ Brian S. Behar
           BRIAN S. BEHAR
           FBN: 727131