

ORDERED in the Southern District of Florida on August 26, 2015.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Moraima Robles                    Case No: 15-21234-AJC
                                           Chapter 13
          _____Debtor_____/

### ORDER OVERRULING OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN FILED BY PAPER ASSETS CAPITAL, LLC AS SUCCESSOR IN INTEREST TO LAKE IKON PORTFOLIO MANAGEMENT I, LLC (D.E. # 27)

**THIS MATTER** having come to be heard on this 18th day of August, 2015 upon Objection to First Amended Chapter 13 Plan filed by Paper Assets Capital, LLC as Successor in Interest to Lake Ikon Portfolio Management, LLC (D.E. # 27) having heard argument of counsel for the debtor and Creditor, IT IS;

**ORDERED AND ADJUDGED:**

1. The Objection to First Amended Chapter 13 Plan (D.E. 27) is overruled due to the Creditor's Objection being untimely filed.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.