UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Moraima Robles,                                           Case No. 15-21234-AJC
    Debtor.                                                   Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Moraima Robles, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On June 22, 2015 the instant case was filed.

2. On August 25, 2015 debtor's first amended chapter 13 plan was confirmed.

3. In the confirmed plan, the Debtor was paying arrearages of $26,151.75 on the Debtor's second mortgage.

4. On October 13, 2015 the Creditor, Paper Assets Capital, filed a proof of claim [claim#4] indicating a higher arrearage of $33,370.00 on the Debtor's second mortgage.

5. The debtor desires to Modify her plan in order to pay the full arrearage amount in the Chapter 13 plan.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 10th day of February 2016: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161