# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
FIRST MODIFIED PLAN

DEBTOR: Moraima Robles          JOINT DEBTOR:                              CASE NO.: 15-21234-AJC
Last Four Digits of SS# 9804          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 961.27        for months 1 to 7 ; in order to pay the following creditors:
    B.    $1,009.03      for months 8 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525 (Motion to Modify) = 4175 TOTAL PAID $ 2000
                        Balance Due $2,175
                        payable $ 82.50 /month (Months 1 to 7)
                        payable $ 106.50/month (Months 8 to 22)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Paper Assets Capital [Claim 4-1]          Arrearage on Petition Date   $33,373.00
Address: c/o Al Sansoni                              Arrears Payment        $ 412.79/month (Months 1 to 7)
30 Knightsbridge Road, Suite 525              Arrears Payment        $ 575.16/month (Months 8 to 60)
Piscataway, NJ 08854                                  Regular Payment       $ 212.14 /month (Months 1 to 7)
Acct:xxxx9804                                              Regular Payment $ 224.00 /month (Months 8 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                              Total Due $
                              Payable    $_____ /month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00/month (Months 1 to 7); Pay $ 2.47/month (Months 8 to 22; and Pay $ 108.97/month (Months 23 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Ocwen Loan Servicing, LLC and El Pueblo De Vera Condo Association and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

      /s/Robert Sanchez, Esq.
Attorney for the Debtor                                                    Joint Debtor
Date: 2-10-2016                                                                Date:

LF-31 (rev. 01/08/10)