**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Moraima Robles                                    Case No: 15-21234-AJC
                                                         Chapter 13

_____ Debtor _____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☒    No further action is necessary.

2)      The following actions have been taken:

   ☐    The debtor has filed an objection to the proof of claim filed by _____.

   ☐    The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☐    Other: _____
        _____
        _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  March 23, 2016  .

                        Submitted by:
                        **ROBERT SANCHEZ, P.A.**
                        Attorney for Debtor
                        355 W 49th Street
                        Hialeah, FL 33013
                        Tel. (305) 687-8008

                        By:/s/Robert Sanchez_____
                         Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)