

**ORDERED in the Southern District of Florida on October 29, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                                 CASE NO. 15-21234-AJC

MORAIMA ROBLES,
                                                                              Chapter 13
     Debtor.
_____/

### ORDER DETERMINING THAT DEBTOR HAS CURED DEFAULT AND PAID ALL REQUIRED POST-PETITION AMOUNTS TO PAPER ASSETS CAPITAL / <u>LAKE ICON PORTFOLIO MANAGEMENT I, LLCI, LLC</u>

(X) The debtor filed a notice of final cure payment on June 18, 2020 [ECF#57]. No response was filed by creditor The Debtor is requesting entry of an ex-parte Order determining that the debtor has cured the default and paid all required post-petition amounts.

(  ) This matter came before the court on _____, at _____ on [chapter 13 trustee's] [debtor's] motion [ECF # ] to determine that the debtor has cured the default and paid all required post- petition amounts. The motion states that the holder of the claim filed a response objecting to the notice of final cure payment on and therefore, as provided under Bankruptcy Rule 3002.1(h), the [chapter 13 trustee] [debtor] seeks determination as to whether the debtor has cured the default and paid all required post petition amounts. The court finds after due notice and hearing and that the motion shall be granted.

Accordingly, pursuant to Bankruptcy Rule 3002-1(h), the Court determines that the debtor has cured the default and paid all required post-petition amounts.

### # # #

Copy furnished to:

Robert Sanchez, Esq. is directed to serve a copy of this Order on all parties in interest and file a certificate of service.

LF-81 (rev. 12/01/15)